No. D–1448.  IN RE DISBARMENT OF CROWLEY.  It is ordered that James Tyner Crowley, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1449.  IN RE DISBARMENT OF LEVINE.  It is ordered that Leslie Ira Levine, of Mt. Kisco, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–8717.  ROBINSON v. TEXAS, ante, p. 1246;

No. 93–880.  MADSEN ET AL. v. WOMEN'S HEALTH CENTER, INC., ET AL., ante, p. 753;

No. 93–1033.  CHANDLER v. UNITED STATES, ante, p. 1227;

No. 93–1254.  FEDERACION DE MAESTROS DE PUERTO RICO v. PUERTO RICO LABOR RELATIONS BOARD, 511 U. S. 1069;

No. 93–1348.  ADAMS v. UNITED STATES, ante, p. 1204;

No. 93–1522.  MARAVILLA ET AL. v. UNITED STATES, ante, p. 1219;

No. 93–1732.  GILDER v. AETNA LIFE & CASUALTY, ante, p. 1221;

No. 93–1745.  KILPATRICK v. STATE BAR OF TEXAS, ante, p. 1236;

No. 93–1746.  TWEEDY v. AMERICAN AIRLINES, INC., ante, p. 1236;

No. 93–1771.  CASILLAN ET AL. v. REGIONAL TRANSPORTATION DISTRICT ET AL., ante, p. 1221;

No. 93–1778.  SHAW v. UNITED STATES, ante, p. 1222;

No. 93–1797.  INSURANCE COMPANY OF NORTH AMERICA ET AL. v. MORTON INTERNATIONAL, INC., ante, p. 1245;

No. 93–1798.  ROOD v. PINELLAS COUNTY ET AL., ante, p. 1237;

No. 93–1799.  ROSENBAUM v. ROSENBAUM ET AL., ante, p. 1222;

No. 93–1862.  MESSA v. FOLEY, SECRETARY OF DEPARTMENT OF LABOR AND INDUSTRY OF PENNSYLVANIA, ET AL., ante, p. 1238;

No. 93–5418.  REED v. FARLEY, SUPERINTENDENT, INDIANA STATE PRISON, ET AL., ante, p. 339;

No. 93–6220.  JOHNSON v. ILLINOIS, ante, p. 1227;

No. 93–7060.  WICKLIFFE v. FARLEY, WARDEN, ET AL., 510 U. S. 1124;

No. 93–7200. McCollum *v.* North Carolina, *ante,* p. 1254;

No. 93–7631. Bacigalupo *v.* California, *ante,* p. 1253;

No. 93–7680. Montiel *v.* California, *ante,* p. 1253;

No. 93–7724. Buchanan *v.* United States, *ante,* p. 1228;

No. 93–8220. Duvall *v.* Administrator, Eastern Pennsylvania Psychiatric Institute, et al., 511 U. S. 1074;

No. 93–8423. Hopkins *v.* United States, *ante,* p. 1229;

No. 93–8442. Darden-Bey et al. *v.* United States, *ante,* p. 1223;

No. 93–8478. Turner *v.* Lumadue, *ante,* p. 1239;

No. 93–8485. Jackson *v.* Department of the Treasury, 511 U. S. 1144;

No. 93–8490. Gaydos *v.* National Fire Insurance Co. et al., *ante,* p. 1239;

No. 93–8869. Freeman *v.* United States, 511 U. S. 1134;

No. 93–8893. In re McCurdy, *ante,* p. 1234;

No. 93–8924. Jackson *v.* Makel, Warden, *ante,* p. 1224;

No. 93–8925. In re Jackson, *ante,* p. 1218;

No. 93–8970. Ponce-Bran *v.* California Faculty Assn. et al., *ante,* p. 1241;

No. 93–8975. Jones *v.* Washington, Warden, *ante,* p. 1241;

No. 93–9025. Resnover *v.* Carter, Attorney General of Indiana, et al., *ante,* p. 1246;

No. 93–9040. Arditi *v.* Runyon, Postmaster General, *ante,* p. 1224;

No. 93–9041. DeVitto *v.* Singletary, Secretary, Florida Department of Corrections, et al., *ante,* p. 1225;

No. 93–9042. Cooper et al. *v.* Missouri Board of Probation and Parole et al., *ante,* p. 1225;

No. 93–9120. Merit *v.* United States, *ante,* p. 1212;

No. 93–9162. Watts *v.* Federal Bureau of Prisons (two cases), *ante,* p. 1242;

No. 93–9255. Buhl *v.* United States, *ante,* p. 1243;

No. 93–9365. Romano *v.* United States, *ante,* p. 1245; and

No. 93–9433. In re Andersen, *ante,* p. 1234. Petitions for rehearing denied. Justice Breyer took no part in the consideration or decision of these petitions.

No. 93–44. Turner Broadcasting System, Inc., et al. *v.* Federal Communications Commission et al., *ante,* p. 622. Petition of Daniels Cablevision for rehearing denied. Justice